No. 04M13. BOGGS v. UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 03–1559. BANK OF CHINA, NEW YORK BRANCH v. NBM L. L. C. ET AL. C. A. 2d Cir.;

No. 04–31. McFARLING v. MONSANTO CO. C. A. Fed. Cir.; and

No. 04–165. COMSTOCK RESOURCES, INC., ET AL. v. KENNARD ET AL. C. A. 10th Cir. The Acting Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 04–5703. PARIS v. SOUTHWESTERN BELL TELEPHONE CO. C. A. 10th Cir.; and

No. 04–5794. GOLDSTEIN v. HARVARD UNIVERSITY. C. A. 1st Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 2, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 04–6201. IN RE BROWN;

No. 04–6205. IN RE PARKER;

No. 04–6206. IN RE POTTS;

No. 04–6209. IN RE RIDDICK; and

No. 04–6276. IN RE TWITTY. Petitions for writs of habeas corpus denied.

No. 04–5616. IN RE TWILLEY; and

No. 04–5620. IN RE WILLIAMS. Petitions for writs of mandamus denied.

No. 04–226. IN RE ARIZPE;

No. 04–5577. IN RE DEROCK; and

No. 04–6087. IN RE BOAKYE-YIADOM. Petitions for writs of mandamus and/or prohibition denied.

No. 04–5786. IN RE GRISSOM. Petition for writ of prohibition denied.